IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

FILED
AUG 17 2022
CARMELITA REEDER SHINN, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY_____, DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| -vs- | ) No. CR 22-322 D |
| JAMES RICHARD MITCHELL, | ) Violation: 18 U.S.C. § 1791(a)(2) |
| Defendant. | ) |

**INDICTMENT**

The Federal Grand Jury charges:

**COUNT 1**
**(Possessing Contraband in Prison)**

On or about May 28, 2022, in the Western District of Oklahoma, **JAMES RICHARD MITCHELL**, an inmate of the Federal Transfer Center, Oklahoma City, Oklahoma, a federal correctional, detention, and penal facility, possessed a prohibited object, to wit: a shank, an object that is designed or intended to be used as a weapon.

All in violation of Title 18, United States Code, Section 1791(a)(2), the penalty for which is found at Title 18, United States Code, Section 1791(b)(3).

A TRUE BILL:

/s/ Mike Byrd
FOREPERSON OF THE GRAND JURY

ROBERT J. TROESTER
United States Attorney

/s/ Ashley Altshuler
ASHLEY L. ALTSHULER
Assistant United States Attorney

# CRIMINAL COVERSHEET
## U.S. District Court, Western District of Oklahoma

Court (handwritten) D

Petty ☐  Misdemeanor ☐  Felony ☑  USAO No.: _____  Case No.: **CR 22-322**

Charging Document: **Indictment**  No. of Defendants: 1  Total No. of Counts: 1  Sealed: Y ☐ N ☑

Forfeiture: Y ☐ N ☑  OCDETF: Y ☐ N ☑  McGirt: Y ☐ N ☑  Warrant ☑  Summons ☐  Notice ☐

Companion Case No. (if any): _____

**DEFENDANT INFORMATION:**  By: CLS

| | |
|---|---|
| Name: JAMES RICHARD MITCHELL | AUG 1 6 2022 |
| Alias(es): | Address: |
| | FBI No.: |
| DOB: 1991   SSN: xxx-xx-7613 | Race: Black   Interpreter: Y ☐ N ☑ |
| Sex: M ☑ F ☐   Juvenile: Y ☐ N ☑ | Language/Dialect: English |

**DEFENDANT STATUS/RECOMMENDATION:**  **PRIOR MAGISTRATE JUDGE PROCEEDINGS:**

Not in Custody ☐   Detention Requested ☑
Type of Bond: _____
In Custody at: Federal Transfer Center, OKC, OK ☑
Inmate/Prisoner/Register No.: 43330-007

Complaint: Y ☐ N ☑
Magistrate Judge Case No.: MJ- 
Previously Detained: Y ☐ N ☑

**ATTORNEY/AGENCY INFORMATION:**

Public Defender ☐   Name: _____
CJA Panel ☐   Address: _____
Retained ☐   Phone: _____

AUSA: ASHLEY L. ALTSHULER
Agent/Agency: FBI
Local Officer/Agency: _____

## CHARGING DETAILS

| Count(s) | U.S.C. Citation(s) | Offense(s) Charged | Penalty |
|---|---|---|---|
| 1 | 18 U.S.C. § 1791(a)(2) | Possessing Contraband in Prison | 18 U.S.C. § 1791(b)(3) - NMT 5 years' imprisonment, $250,000 fine, or both; NMT 3 years' SR; and $100 SA. |

Signature of AUSA: /s/ Ashley Altshuler    Date: 8-15-22

RECEIVED AUG 1 7 2022
Clerk, U.S. District Court
WEST. DIST. OF OKLA.